IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIE G. POWELL,

         Petitioner,

v.

UNITED STATES OF AMERICA,

         Respondent.

CASE NO. 2:13-CV-868
CRIM. NO. 2:07-CR-103
JUDGE GREGORY L. FROST
Magistrate Judge Norah McCann King

## ORDER

On March 21, 2014, the Magistrate Judge recommended that the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 be dismissed.  (ECF No. 49.)  Although the parties were advised of the right to object to the *Report and Recommendation* and of the consequences of their failure to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**.  (ECF No. 49.)   The *Motion to Vacate,* ECF 45, is hereby **DISMISSED.** (ECF No. 45).

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this case.

**IT IS SO ORDERED**.

                                        /s/   Gregory L. Frost
                                        GREGORY L. FROST
                                        United States District Judge